MC–275

Name: FRANCISCO JAVIER LARA

Address: 10250 RANCHO RD.

ADELANTO, CA. 92301

**LODGED**

2017 OCT 19 PM 2: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

CDC or ID Number: A#038834385

U.S. DISTRICT COURT
3470 12TH ST.
RIVERSIDE, CA. 92501

*(Court)*

BY

2017 OCT 20 PM 2: 59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

**FILED**

FRANCISCO JAVIER LARA

Petitioner

vs.

DEPARTMENT OF HOMELAND SECURITY

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

CV- 17-07694 DSF (JC)

*(To be supplied by the Clerk of the Court)*

530

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal in paper form and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal electronically and you are an attorney, follow the requirements of the local rules of court for electronically filed documents. If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

**Page 1 of 6**

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2017]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
*www.courts.ca.gov*

MC–275

**This petition concerns:**

☐ A conviction ☐ Parole

☐ A sentence ☐ Credits

☐ Jail or prison conditions ☐ Prison discipline

☑ Other *(specify):* ON PETITION FOR RECTIFICATION ON PENAL CODE

1. Your name: FRANCISCO JAVIER LARA

2. Where are you incarcerated? ADELANTO DETENTION  10250  RANCHO ROAD  ADELANTO CA 92301

3. Why are you in custody? ☑ Criminal conviction ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
      PANDERING

   b. Penal or other code sections: 266 i (A)

   c. Name and location of sentencing or committing court:
      SAN FERNANDO SUPERIOR  COURTHOUSE
      900  W  THIRD  ST
      SAN FERNANDO  CA  91340

   d. Case number: PA081298

   e. Date convicted or committed: 07 / 19 / 2014

   f. Date sentenced: 10 / 29 / 2015

   g. Length of sentence: 3 YEARS BY 50% A TOTAL OF 18 MONTHS

   h. When do you expect to be released? I WAS RELEASED ON 3/23/17 NOW I'M WITH (ICE) FACILITY

   i. Were you represented by counsel in the trial court? ☑ Yes ☐ No *If yes, state the attorney's name and address:*
      ATTORNEY SAIID ARJOMAND PRIVATE , ATTORNEY PRIVATE WILLIAM F. SALLE & ATTORNEY
      MICHAEL ZIMBERT

4. What was the LAST plea you entered? *(Check one):*

   ☐ Not guilty ☐ Guilty ☑ Nolo contendere ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury ☑ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial

**PETITION FOR WRIT OF HABEAS CORPUS**

MC–275

6. **GROUNDS FOR RELIEF**
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

MISREPRESENTATIONS BY ATTORNEYS, INCLUDING NEGLIGENCES, DISCREPANCIES &
NEGLIGENCES ACCUSATIONS

a.  Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

ATTORNEY SAITO ARCHAND : WITHDRAW MY COURT DATES, FAILED TO ADVICE ME
FOR IMMIGRATION CONSEQUENCES, I FIRED HIM (BRIEF PAGE ATTACH) PART 1

ATTORNEY WILLIAM F. DALLE : BREACH OF CONTRACT FAIL TO USE MY PERSONAL
WITNESESS, I FIRED HIM (BRIEF PAGE ATTACH) PART 1

ATTORNEY MICHAEL B ZIHBERT : NEGLIGENCE, DISCREPANCIES (BRIEF PAGE ATTACH) PART 1

ATTACH EVIDENCE TRANSCRIPTS PAGES PART (2)

ATTACH PAGES OF GENERAL PENAL CODE BRIEF PAGES PART (3)

PENAL CODE RECTIFICATION : THE CRIME I WAS ACCUSED AND THE PENAL CODE
IS NOT TO QUALIFY CORRECTLY BECAUSE I WAS ACCUSED ERRONEOUSLY.
I DID NOT DO WHAT THE WITNESS SAID, I NEVER DECEIVE ANY MONETARY BENEFIT
FOR THIS ACCUSATION.

*ATTACHED FULL CLAIM FILE, FOR PETITION OF RECTIFICATION ON PENAL CODE
                    PAGES 1 TO 27
                    PART (2) TO (6)

b.  Supporting cases, rules, or other authority *(optional)*:
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

ATTACH PAGE PART (6) PANDERIG CASE PAGE (6)

MC–275

7. **Ground 2 or Ground** _1_   *(if applicable):*

RELIEF PETITION FOR RECTIFICATION ON PENAL CODE TO LOWER PENAL CODE TO MISDEMEANOR , AND OR DISMISS OR VACATE THE OFFENSE.

a. Supporting facts:

b. Supporting cases, rules, or other authority:

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☑ No    <u>If yes, give the following information:</u>

a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

_____

b. Result: _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes ☐ No    <u>If yes, state the attorney's name and address, if known:</u>

_____
_____

9. Did you seek review in the California Supreme Court? ☐ Yes ☑ No    <u>If yes, give the following information:</u>

a. Result: _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____
_____
_____

11. Administrative review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

b. Did you seek the highest level of administrative review available? ☐ Yes ☑ No
*Attach documents that show you have exhausted your administrative remedies.*

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?   ☑ Yes   If yes, continue with number 13.   ☐ No   If no, skip to number 15.

13 a. (1) Name of court: SAN FERNANDO SUPERIOR COURTHOUSE

(2) Nature of proceeding (for example, "habeas corpus petition"): CRM-277 / PETITION FOR REDUCTION &,

(3) Issues raised: (a) PETITION FOR REDUCTION TO MISDEMEANOR, PETITION FOR DISMISSAL

(b) ✗

(4) Result (attach order or explain why unavailable): PETITION DENIED, PETITION DENIED,

(5) Date of decision: 05/26/2015  — 08/2017

b. (1) Name of court:

(2) Nature of proceeding:

(3) Issues raised: (a)

(b)

(4) Result (attach order or explain why unavailable):

(5) Date of decision:

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
I RECEIVE ONLY NEGATIVE ANSWERS AND PETITIONS DENIED

16. Are you presently represented by counsel?   ☑ Yes   ☐ No   If yes, state the attorney's name and address, if known:
ONLY IN MY IMMIGRATION CASE HERE IN ADELANTO ICE CENTER
JAY J. TANENBAUN 15760 VENTURA BLVD 16TH FLOOR ENCINO CA 91436

17. Do you have any petition, appeal, or other matter pending in any court?   ☑ Yes   ☐ No   If yes, explain:
I MAILED A NEW PETITION TO THE SAN FERNANDO COURTHOUSE FOR REDUCTION TO
MISDEMEANOR, PENAL CODE & 1170.18 (f) PETITION DENIED ONE MORE TIME

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
I SUBMITTED MANY PETITIONS TO THIS COURT WITH DIFFERENT ISSUES AND I ONLY
GET DENIED PETITIONS, THIS IS WHY I REQUEST THIS COURT TO REVIEW MY PETITION
TO HAVE A POSITIVE ANSWER. SEE ATTACH RECORDS.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10-16-17

▶ _____
(SIGNATURE OF PETITIONER)

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]   [Save this form]   [Clear this form]



U.S. DISTRICT COURTHOUSE

CENTRAL DISRICT OF CALIFORNIA

FRANCISCO JAVIER LARA                    A#38834385

           Petitioner,

    v.                                   Court Judge

DEPARTMENT OF HOMELAND

SECURITY

           Respondent.

On Petition for Rectification on Penal Code

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

<div align="center">

SUMMARY

Immigration

</div>

I, Francisco Javier Lara's petition for review of the Board of Immigration decision holding that my conviction for pandering under California Penal Code § 266i (a) is categorical "crime of violence" as defined by 18 USCS § 924(e)is not categorized correctly.

When the evidence clearly shows that defendant is either guilty of the offense charged, or innocent, the charge on a lesser-included offense is not necessary or proper. Hollins v. State, 415 So. 2d 1249, 1982 Ala. Crim. App. LEXIS 3089 (Ala. Crim. App. 1982); Breckenridge v. State, 628 So. 2d 1012, 1993 Ala. Crim. App. LEXIS 1012 (Ala. Crim. App. 1993).

Judge, David B. Gelfound found the crime category was correct for me, and I was a victim of such crime.

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

| | |
|---|---|
| 1 | <div align="center">DECLARATION</div> |
| 2 | |
| 3 | Petitioner, a native and citizen of Mexico, was admitted to United States in 1982 and petitioner |
| 4 | was granted lawfully his Permanent Resident in 1984. In 2014, petitioner was convicted of first- |
| 5 | degree pandering under California Penal Code section 266i (a) and sentenced with three years by |
| 6 | half in state prison. |
| 7 | I would like to present side of this event: |
| 8 | I was in a gas station adding gas to my car and a couple approached to me and ask me if I can give |
| 9 | a shelter for a night and I said "yes". They looked nice people, I have a place in the garage area of |
| 10 | the house and told them "so you can stay there and tomorrow you can get another place or go |
| 11 | back to your family since your father lives in the area". In the following days she was breaking |
| 12 | into the garage to sleep there, her and her husband. One day I was working with a personal |
| 13 | assistant (Rosario C.) doing telemarketing for my business, and next day I went early to work and |
| 14 | my personal assistant stop at my house ad found the lady who was breaking into the house |
| 15 | (Cindy.). I don't know how it happen but Cindy introduced to Rosario in her business. I got |
| 16 | around 8pm that day July 19,2014 day and this people were not in my garage. My family was not |
| 17 | home, they went to their aunt house, I went to sleep there immediately, around 9pm police arrived |
| 18 | to my home and arrested me, they broke into my home without a warrant, they ever show me one, |
| 19 | they woke me up since I was asleep. On my way out of the house I saw Cindy and Rosario being |
| 20 | arrested, in that moment I knew they broke into the house but I didn't have a clue why I was being |
| 21 | arrested.  I went to jail with the two ladies, Cindy and Rosario accused me being their pimp. I |
| 22 | didn't know their business but I did call the police to inform about the breaking into my house. I |
| 23 | did inform all this to the police after the payment the bond and I got released. About Rosario, the |
| 24 | authorities maybe let her go with a deal to get a U-Visa if she comes to court and declare against |
| 25 | me. Cindy for her criminal record (prostitution) remained under custody. <u>I hired an Attorney to</u> |
| 26 | <u>clear my name for this false accusation but my attorney only bought time in court, asking for</u> |
| 27 | <u>extensions. I explained everything to  my Attorney that I didn't do anything and I have my</u> |
| 28 | <u>wittiness to go to court and testify that I'm a victim; I don't know what this ladies were doing that</u> <br> <u>night and I didn't received</u> |

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

1   any money for they illegal business I told my Attorney to ask in court if they pay me or give me
2   any money for this illegal business, I paid him $2000.00 to represented me bud I had to fire him
3   because He was not doing anything regarding my case. I hired a new attorney; paid him $6000.00
4   dollars He said to me "don't worry" "You are going to get only a community service and maybe
5   probation time" and He did the same thing as the other Attorney, to buy time in court and
6   extensions and the Attorney did not use my witness or their testimonies in court, the important
7   date my attorney said "I got only a deal for me, two years in jail" and I said to him "to get that
8   type of deal I don't need you to get, because I can get it if I declare myself guilty", so I fired him
9   too. I hired a new attorney He charge me $7000.00 dollars everything was going well in court
10  with this new attorney, but ICE arrested me in the house on March 01,2015 and I missed my court
11  on March 23,2015, While I was under custody of ICE I sent a letters (written request apply to
12  penal code 1389) to the judge to notify I was under custody also my attorney went to court on the
13  date I had to be present, my attorney explained I was under federal custody and the judge said "it
14  was not enough evidence for me not to be present". The judge gave me a bench warrant for
15  $200,000.00.
16  I was under ICE custody for six month seventeen days.  I got release from ICE on September
17  18,2015 on bond I went to court on September 22,2015, to clear this case but the Judge arrested
18  me and gave me and sent me to county jail. I sent a letter  to the judge asking why he ordered an
19  arrest me and I was going to communicate the Judges Board about his decision. This is the answer
20  from that letter: "The court has received a letter from the defendant. The court HAS NOT READ
21  THE LETTER. Said letter is turned over to defense counsel in open court. Defense counsel and
22  the people have received the letter. Defense counsel requests that said letter be placed in the court
23  file". On October 29, 2015, I went to court with my story of the facts, I plead Innocent-nolo
24  contendere to my charges but the Judge found me guilty, I was sentenced three years by half in
25  state prison for all this incident or case. All this time I have been sending to the judge legal
26  criminal forms to have my case dismiss, changed it to a misdemeanor, vacated, money restitution
27  from fees, personal letters , all this with good faith, hoping to have an answer from the judge but
28  all legal forms was denied by the judge and I don't know if he had a

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301



1   chance to read my personal letters. Till this day I plea my nolo contendere – a victim regarding

2   this case, I feel I was sentenced under false allegations and accusation from the other parties, in

3   special this charge affected not only me but my family since now is affecting my immigration

4   status in this country. Now I'm under immigration proceedings for this false accusations, now I

5   not only face deportation but also the chance of loosing my wife, my children.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

**Defense of Accusation**

Under the numbers **1** to **6**, I FRANCISCO JAVIER LARA declare all this true to the best of my knowledge I am a victim , I not done such acts, even after getting released from federal custody went to court to present myself to resolve that case, that's on my favor showing good moral character, others in my position will not present to court or even run away from the problem but THAT'S NOT ME.

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

## Pandering Case

Cincinnati v. Contemporary Arts Center, 57 Ohio Misc. 2d 9, 566 N.E.2d 207 (1990). In April 1990, the Cincinnati Contemporary Arts Center and its director, Dennis Barrie, were indicted on two misdemeanor charges: pandering obscenity, and illegal use of a minor in nudity-oriented material. Barrie faced a maximum penalty of six months in jail and a $1,000 fine for each count; the gallery faced a maximum $5,000 fine for each count. The charges were filed based on five photographs (of 175 on exhibition) of sadomasochistic or homo erotic poses and two photographs which showed children in the nude. In October 1990, a Cincinnati jury acquitted both the gallery and Barrie of all charges.

## Personal Opinion

In the case above shows very clear an strong pandering case, with evidence, material and cause. Also the charge of pandering was filed as misdemeanor even thou were two similar charges and not as felony. The sentence was only one year total and small fines. According to my case with false testimonies from the other parties I had to do state prison for one year six months and still charged with an aggravated felony. My attorney and district attorney were amazed for the judge decision. The District attorney was in my favor with an statement that all the time I did under federal custody was more than enough as time served but the judge was not satisfied.

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

CONCLUSION

This petition to reach The People of the State of California  in order of rectification of my Penal Code 266i (a) or the elimination of such charge due in the evidence and testimonies shown (See Exhibit A).

_____

FRANCISCO JAVIER LARA

Petitioner,

10 - 16 - 17

DATE

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301



# EXHIBIT

# -A-

Francisco Javier Lara / A#38834385 / W2-B-107-1L / 10250 Rancho Road, Adelanto CA 92301

( Part: # 1 )

**SUPPORTING FACTS & BRIEF DECLARATION:**

RE: Attorney Saiid Arjomand
**Facts:**
Misrepresentation , Discrepancies , fail extending my court dates , breach of contract.

**Brief Declaration:**
The Attorney of the Law Saiid Arjomand inform to my self He is going to dismiss my case said I don't have to worry my case was easy for Him, went I sign the contract  for his services to represent my case in court committing many discrepancies in my case withdrawing my court dates with extensions only, breaching the contract in writing and verbal for his services and He  failed to advise me an Immigration consequences for this discrepancies. I fire him. See attached transcripts for evidence.

RE: Attorney William F. Salle
**Facts:**
Misrepresentation , Discrepancies , Negligence , breach of contract.

**Brief Declaration:**
Fail, extending my court dates , fail to use defendant witnesses  and evidences in court trial  & breach of contract. I fire him.

**RE:** Attorney Michael B. Zimbert
**Facts:**
Misrepresentation , Negligence , Discrepancies.

**Brief Declaration:**
 The Attorney of the law Michael B. Zimbert Fail to use  sufficient evidence in the San Fernando Superior Courthouse  in court on date 03/23/2015. I was In custody ICE because of this fail, Judge order bench warrant on me for $200,000.00 dollars, Attorney Fail to file a petition to transfer me to San Fernando Superior Courthouse from ICE. Adelanto Detention facility to continuing my case pending of pandering. because of this negligence I be arrested in the San Fernando Court by the Honorable judge after I be release from ICE on bond. And the Honorable Judge add another $50,000.00 to my bail with the total amount of $250,000.00 dollars all this for the Negligences of my Attorney.

**Francisco Javier Lara / A038834385 / W2-B-107-1L / 10250 Rancho Road Adelanto CA 92301**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. PA081298                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.      CURRENT DATE 07/06/17
DEFENDANT 01:  JAVIER  LARA
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - FOOTHILL AREA

BAIL: APPEARANCE  AMOUNT     DATE      RECEIPT OR  SURETY COMPANY    REGISTER
        DATE      OF BAIL    POSTED     BOND NO.                      NUMBER
     08/11/14    $35,000.00 07/29/14  5551142992   BANKERS INSURANCE CO 44210004

CASE FILED ON 07/22/14.
OFFENSE(S):
    COUNT 01: 266I(A)(1) PC FEL
COMMITTED ON OR ABOUT 07/19/14 IN THE COUNTY OF LOS ANGELES
  ENTERED BY D.ROMERO
NEXT SCHEDULED EVENT:
  08/11/14   830 AM  ARRAIGNMENT    DIST SAN FERNANDO COURTHOUSE DEPT 130


ON 08/11/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 130

    NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
 TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR ARRAIGNMENT
PARTIES: MICHAEL J. O'GARA (JUDGE)  LISA KUNZ  (CLERK)
              ANN MARIE CIZIN  (REP)     MARC C. ST.HIPPOLYTE  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SAIID ARJOMAND PRIVATE
  COUNSEL
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 266I(A)(1) PC.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  A 10 AND 60 DAY TIME WAIVER IS TAKEN.
  .

  A COPY OF THIS MINUTE ORDER IS FORWARDED TO THE PROBATION
  DEPARTMENT.
  .
  IF THE DEFENDANT IS HELD TO ANSWER ON ANY OR ALL COUNTS, THE
  CASE IS ASSIGNED TO JUDGE DAVID GELFOUND IN DEPARTMENT NVD
  FOR ALL PURPOSES INCLUDING TRIAL, PER LOCAL RULE 2.5(D)(2)(A).
  .
  DEFENDANT ADMONISHED TO HAVE NO CONTACT AND STAY AWAY FROM
  ROSARIO C.
  .
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
09/12/14   830 AM  PRELIM SETTING/RESETTING   DIST SAN FERNANDO COURTHOUSE DEPT
 130

CUSTODY STATUS: BAIL TO STAND

CASE NO. PA081298                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 07/06/17


ON 09/12/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 130

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: MICHAEL J. O'GARA (JUDGE)  LISA KUNZ  (CLERK)
               TINA-HELENE RICHARDS     (REP)  MARC C. ST.HIPPOLYTE  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SAIID ARJOMAND PRIVATE
  COUNSEL
A 10 AND 60 DAY TIME WAIVER IS TAKEN.

COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  10/16/14   830 AM  EARLY DISPOSITION HEARING   DIST SAN FERNANDO COURTHOUSE
    DEPT 502
NEXT SCHEDULED EVENT:

  10/20/14   900 AM  PRELIMINARY HEARING   DIST SAN FERNANDO COURTHOUSE DEPT
    138

CUSTODY STATUS: BAIL TO STAND


ON 10/16/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 502

CASE CALLED FOR EARLY DISPOSITION HEARING
PARTIES: KATHRYNE A STOLTZ (JUDGE)  TROY PODRATZ  (CLERK)
               KELLEY WARREN       (REP)  CYNTHIA M. WALKER  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM F. SALLE PRIVATE
  COUNSEL
WILLIAM SALLE, PRIVATE ATTORNEY, SUBSTITUTES IN AS ATTORNEY OF
RECORD.

SAIID ARJOMAND IS RELIEVED AS ATTORNEY OF RECORD.

PURSUANT TO STIPULATION, THE MATTER IS CONTINUED TO 11/12/14 FOR
EARLY DISPOSITION HEARING (6 OF 10).

THE COURT FURTHER CALENDARS THE MATTER FOR PRELIMINARY HEARING,
IN DEPARTMENT NVG/138, ON 11/14/14 (8 OF 10).

PRELIMINARY HEARING DATE OF 10/20/14 IS ADVANCED TO THIS DATE
AND VACATED.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  11/12/14   830 AM  EARLY DISPOSITION HEARING   DIST SAN FERNANDO COURTHOUSE
    DEPT 502
NEXT SCHEDULED EVENT:
  11/14/14   900 AM  PRELIMINARY HEARING   DIST SAN FERNANDO COURTHOUSE DEPT
    138

CUSTODY STATUS: BAIL TO STAND

CASE NO. PA081298
DEF NO.  01

PAGE NO.   3
DATE PRINTED 07/06/17

ON 11/12/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 502

CASE CALLED FOR EARLY DISPOSITION HEARING
PARTIES: KATHRYNE A STOLTZ (JUDGE)   TRACY HARVEY  (CLERK)
                DEBRA STEIN      (REP)  MYKKA R. PIANTANIDA  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM F. SALLE PRIVATE
  COUNSEL
  DEFENDANT REJECT'S THE PEOPLE'S OFFER AT THE EARLY DISPOSITION
  HEARING.
  .
  EARLY DISPOSITION OFFER IS WITHDRAWN.
  .
  DEFENSE REQUEST TO CONTINUE THE MATTER AS PREVIOUSLY SET FOR
  PRELIMINARY HEARING IS GRANTED.
  .
  MATTER IS CONTINUED AS INDICATED BELOW.

  .
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  11/14/14   830 AM  PRELIMINARY HEARING   DIST SAN FERNANDO COURTHOUSE DEPT
   138

CUSTODY STATUS: BAIL TO STAND

ON 11/14/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 138

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: JEFFREY M. HARKAVY (JUDGE)   TRACY HARVEY  (CLERK)
                DEBRA STEIN      (REP)  MYKKA R. PIANTANIDA  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM F. SALLE PRIVATE
  COUNSEL
  MATTER IS CONTINUED AS INDICATED BELOW; THE PEOPLE INDICATE THEY
  ARE HAVING WITNESS ISSUES.
  OFFICER PAPIK AND ROSARIO C. (ASSISTED BY CERTIFIED SPANISH

  INTERPRETER MARIA HURTADO) ARE ORDERED TO RETURN AS INDICATED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 BY STIPULATION CAUSE CONTINUED TO
  12/04/14   830 AM  PRELIMINARY HEARING   DIST SAN FERNANDO COURTHOUSE DEPT
   138

CUSTODY STATUS: BAIL TO STAND

ON 12/04/14 AT  830 AM  IN SAN FERNANDO COURTHOUSE DEPT 138

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: HILLERI G. MERRITT (JUDGE)   STEPHANIE FUNK  (CLERK)
                LINDA BREECH  (REP)      MYKKA R. PIANTANIDA  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM F. SALLE PRIVATE
  COUNSEL

CASE NO. PA081298                          PAGE NO.    4
DEF NO.  01                                DATE PRINTED 07/06/17

DWIGHT NEUMANN, OFFICIAL COURT INTERPRETER, PRESENT  AS SPANISH INTERPRETER.
OATH ON FILE.
COUNT (01) : DISPOSITION: HELD TO ANSWER
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  THE CASE IS CALLED FOR PRELIMINARY HEARING.

  THE DEFENDANT AND COUNSEL WAIVE FURTHER READING OF THE COMPLAINT
  AND STATEMENT OF CONSTITUTIONAL RIGHTS.

  DEFENDANT'S MOTION TO EXCLUDE WITNESSES IS GRANTED.

  ROSARIO CARRILLO, ASSISTED BY A CERTIFIED SPANISH LANGUAGE
  INTERPRETER, IS PLACED UNDER OATH AND TESTIFIES FOR THE PEOPLE.
  GREGORY PAPIK IS PLACED UNDER OATH AND TESTIFIES FOR THE
  PEOPLE.

  PEOPLE REST.  NO AFFIRMATIVE DEFENSE IS OFFERED AND ALL SIDES

  REST.

  DEFENDANT'S MOTION TO DISMISS COUNT 1, FOR INSUFFICIENCY OF
  EVIDENCE IS HEARD AND DENIED.

  THE COURT FINDS SUFFICIENT CAUSE AS TO COUNT 1, AND THE
  DEFENDANT IS HELD TO ANSWER TO DEPARTMENT D OF THE GENERAL
  JURISDICTION COURT FOR ARRAIGNMENT ON DECEMBER 18, 2014 AT
  8:30 A.M.

  NO PRELIMINARY HEARING EXHIBITS RECEIVED.  THE CASE FILE IS
  TRANSFERRED TO THE GENERAL JURISDICTION COURT.

  A PROBATION REPORT IS LOCATED WITHIN THE COURT FILE.
BOND TO REMAIN.  BOND TRANSFERRED TO SUPERIOR COURT.
NEXT SCHEDULED EVENT:
  FELONY ARRAIGNMENT/PLEA, ON DECEMBER 18, 2014, IN SUPERIOR COURT OF LOS
ANGELES COUNTY, NORTH VALLEY DISTRICT, DEPT NVD, AT  830 AM.

CUSTODY STATUS: BAIL TO STAND.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. PA081298                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.     CURRENT DATE 07/06/17
DEFENDANT 01:  JAVIER LARA
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - FOOTHILL AREA

BAIL: APPEARANCE  AMOUNT     DATE      RECEIPT OR  SURETY COMPANY    REGISTER
        DATE      OF BAIL    POSTED     BOND NO.                      NUMBER
     08/11/14    $35,000.00 07/29/14 5551142992   BANKERS INSURANCE CO 44210004

CASE FILED ON 12/04/14.
INFORMATION FILED ON 12/18/14.
OFFENSE(S):
   COUNT 01: 266I(A)(1) PC FEL
COMMITTED ON OR ABOUT 07/19/14 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
  12/18/14   830 AM  ARRAIGNMENT   DIST NORTH VALLEY DISTRICT DEPT NVD


ON 12/18/14 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR ARRAIGNMENT
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
         CARYN CONLIN  (REP)      RICHARD M. HIRSCH  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY WILLIAM F. SALLE PRIVATE
   COUNSEL
   INFORMATION FILED AND THE DEFENDANT IS ARRAIGNED.
DEFENDANT WAIVES ARRAIGNMENT, READING OF INFORMATION/INDICTMENT, AND STATEMENT
OF CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 266I(A)(1) PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   THE INFORMATION IS FILED.

THE DEFENDANT STATES THAT HIS TRUE DATE OF BIRTH IS: 10/3/1964.
THE INFORMATION IS AMENDED BY INTERLINEATION.

THE DEFENDANT IS ARRAIGNED.

LAST DAY: 2/17/2015


PRELIMINARY HEARING TRANSCRIPT AND PROBATION REPORT RECEIVED.
COUNSEL ARE PROVIDED WITH COPIES.

THIS MATTER IS SET ON 1/20/15, AT 8:30 A.M. IN DEPARTMENT NVD
FOR PRETRIAL.

FINGERPRINT FORM IS FILED.

THE DEFENDANT IS ADMONISHED RE ARRIVING TO COURT ON TIME.

THIS CASE IS ASSIGNED TO DEPARTMENT NVD FOR ALL PURPOSES,
INCLUDING TRIAL.

NEXT SCHEDULED EVENT:

CASE NO. PA081298                           PAGE NO.   2
DEF NO.  01                                 DATE PRINTED 07/06/17

01/20/15   830 AM   PRETRIAL HEARING   DIST NORTH VALLEY DISTRICT DEPT NVD
NEXT SCHEDULED EVENT :
  02/11/15   830 AM   JURY TRIAL   DIST NORTH VALLEY DISTRICT DEPT NVD

CUSTODY STATUS: BAIL TO STAND


ON 01/20/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR PRETRIAL HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                 CARYN CONLIN       (REP)  MYKKA R. PIANTANIDA  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL ZIMBERT PRIVATE
  COUNSEL
  -DDA: MYKKA PIANTANIDA

DEFENSE COUNSEL'S ORAL MOTION TO SUBSTITUTE IN AS ATTORNEY
OF RECORD IS GRANTED.   MR. ZIMBER IS NOW ATTORNEY OF RECORD.

MR. ZIMBER INDICATES FOR THE RECORD THAT HE HAS RECEIVED
PARTIAL DISCOVERY ON THIS CASE.

DATE OF 2/11/15, IS ADVANCED AND VACATED.

THIS MATTER IS CONTINUED TO 2/25/15, AT 8:30 A.M. IN DEPARTMENT
NVD FOR PRETRIAL, AS DAY 0 OF 30.

BAIL IS TO STAND.

COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  02/25/15   830 AM   PRETRIAL HEARING   DIST NORTH VALLEY DISTRICT DEPT NVD

CUSTODY STATUS: BAIL TO STAND


ON 02/25/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD


CASE CALLED FOR PRETRIAL HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                 CARYN CONLIN       (REP)  MYKKA R. PIANTANIDA  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL B. ZIMBERT PRIVATE
  COUNSEL
  -DDA: MYKKA PIANTANIDA

THIS MATTER IS CONTINUED TO 3/23/15, AT 8:30 A.M. IN DEPARTMENT
NVD FOR PRETRIAL, AS DAY 0 OF 15.

COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  03/23/15   830 AM   PRETRIAL HEARING   DIST NORTH VALLEY DISTRICT DEPT NVD

CASE NO. PA081298
DEF NO.  01

PAGE NO.   3
DATE PRINTED 07/06/17

CUSTODY STATUS: BAIL TO STAND

ON 03/23/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR PRETRIAL HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
               CARYN CONLIN     (REP)  MYKKA R. PIANTANIDA  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND REPRESENTED BY
  MICHAEL B. ZIMBERT PRIVATE COUNSEL
BAIL ORDERED FORFEITED.
  RICHARD HIRSCH, SPECIALLY APPEARING FOR THE PEOPLE.

  PER DEFENSE COUNSEL'S REPRESENTATION; THE DEFENDANT IS CURRENTLY
  IN I.N.S. CUSTODY.

  BOND IS ORDERED FORFEITED.  BOND FORFEITURE CARD BG0001145 IS

  ISSUED.

  A BENCH WARRANT IS ORDERED ISSUED IN THE AMOUNT OF TWO HUNDRED
  THOUSAND DOLLARS.

NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED
03/23/15 FORFEITURE, # 5551142992
03/23/15 BAIL FORFEITURE NOTICE PRINTED, # 5551142992

03/23/15 BENCH WARRANT IN THE AMOUNT OF $200,000.00 BY ORDER OF JUDGE DAVID B.
    GELFOUND ISSUED. (03/23/15).


ON 03/24/15 AT 1000 AM :

  NOTICE OF FORFEITURE MAILED TO SURETY AND AGENCY ON 03/24/15.
  185TH DAY IS 09/25/15. REGISTER #44210004 BOND #5551142992

  RM



ON 05/06/15 AT  900 AM :

  NOTICE OF MOTION AND MOTION TO VACATE FORFEITURE AND EXONERATE
  BAIL BOND; $435.00 RECEIPT#LAS473728010
  ENTERED BY D. ROMERO
NEXT SCHEDULED EVENT:
  05/28/15   830 AM  MOT TO VACATE BL/BND FRFT&EXON   DIST NORTH VALLEY
    DISTRICT DEPT NVD


ON 05/28/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR MOTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
               CARYN CONLIN     (REP)  MYKKA R. PIANTANIDA  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
  COUNSEL

```
CASE NO. PA081298                      PAGE NO.   4
DEF NO.  01                            DATE PRINTED 07/06/17
```

RICHARD HIRSCH, SPECIALLY APPEARING FOR THE PEOPLE.

ADAM SOSTRIN, ATTORNEY FOR BAIL AGENT AND SURETY IS PRESENT
IN COURT.

THIS MATTER IS CONTINUED TO 6/24/15, AT 8:30 A.M. IN DEPARTMENT
NVD FOR MOTION TO VACATE BOND/BOND FORFEITURE AND EXONERATE.

NEXT SCHEDULED EVENT:
  06/24/15   830 AM  MOT TO VACATE BL/BND FRFT&EXON   DIST NORTH VALLEY
     DISTRICT DEPT NVD


ON 05/28/15 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)

                NONE        (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ, REVIEWED AND CONSIDERED DEFENDANT'S
   PETITION FOR REDUCTION TO MISDEMEANOR PURSUANT TO PROPOSITION
   47 AND MOTION TO TERMINATE WARRANT AND TO VACATED A MISDEMEANOR
   AND TO TERMINATE PROBATION COMMENCE SENTENCING; WAIVER OF
   APPEARANCE MOTION TO APPOINTED COUNSEL FILED ON 5/7/2015.
   SAID PETITION AND MOTION ARE HEREBY DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
U.S. MAIL.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR


ON 05/28/15 AT 1030 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)

                NONE        (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ, REVIEWED AND CONSIDERED DEFENDANT'S MOTION
   TO TERMINATE WARRANT AND TO VACATED A MISDEMEANOR AND TO
   TERMINATE PROBATION COMMENCE SENTENCING; WAIVER OF APPEARANCE
   MOTION TO APPOINTED COUNSEL FILED BY THE DEFENDANT ON 5/22/15.
   SAID MOTION IS HEREBY DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
U.S. MAIL.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR


ON 06/24/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR MOT TO VACATE BL/BND FRFT&EXON
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                CARYN CONLIN      (REP)  RICHARD M. HIRSCH  (DA)

CASE NO. PA081298                           PAGE NO.   5
DEF NO.  01                                 DATE PRINTED 07/06/17

NO APPEARANCE FOR AGENT & SURETY
   ADAM SOSTRIN, ATTORNEY FOR BAIL AGENT AND SURETY IS PRESENT
   IN COURT.
   .
   THE COURT HAS READ, REVIEWED AND CONSIDERED THE NOTICE OF
   MOTION TO VACATE FORFEITURE AND EXONERATE BAIL.
   .
   THE CAUSE IS ARGUED.   MOTION TO VACATE FORFEITURE AND
   EXONERATE BAIL IS DENIED.
   .
   ATTORNEY'S ORAL MOTION TO TOLL TIME IS HELD, ARGUED AND
   GRANTED.   TIME IS TOLLED FOR 90 DAYS FROM THIS DATE.
   .
   THE BENCH WARRANT REMAINS OUTSTANDING.

NEXT SCHEDULED EVENT:
   09/22/15   900 AM  SUMMARY JUDGMENT TO ISSUE   DIST NORTH VALLEY DISTRICT
      DEPT BND


ON 07/15/15 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR MOTN/DISM PURSNT PC SEC 1203.4
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ, REVIEWED AND CONSIDERED THE PETITION FOR
   DISMISSAL PURSUANT TO PENAL CODE SECTION 1203.4, RECEIVED ON
   6/15/2015.
   .
   SAID PETITION IS DENIED.
   .
   ORDER IS SIGNED AND ISSUED THIS DATE.
   .
   COURT COSTS FOR SAID PETITION ARE NOT IMPOSED.
   .
   A COPY OF THE ORDER FOR DISMISSAL IS MAILED TO THE DEFENDANT
   VIA U.S. MAIL.


   COURT ORDERS AND FINDINGS:
   -MOTION PURSUANT TO 1203.4 OR 1203.4A PENAL CODE DENIED.
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED


ON 09/14/15 AT  900 AM  IN CENTRAL DISTRICT DEPT CLK

CASE CALLED FOR BAIL/BOND MOTION FILED
ON 09/14/15 BAIL/BOND MOTION FILED ON BOND # 5551142992, BAIL/BOND HEARING SET
    FOR MOT TO VACATE BAIL/BOND FORFEI ON 10/16/15 AT  900 AM  DEPT 654.
   NOTICE OF MOTION AND MOTION TO VACATE  FORFEITURE AND EXONERATE
   BAIL PURSUANT TO PENAL CODE 1305(F); MEMORANDUM OF POINTS AND
   AUTHORITIES IN SUPPORT THEREOF; {PROPOSED ORDER} FILED. HEARING
   SET FOR OCTOBER 16, 1015 FILING FEE OF $435.00 PAID
   RECEIPT LAB521672026.

CASE NO. PA081298                          PAGE NO.    6
DEF NO.  01                                DATE PRINTED 07/06/17

    LM
NEXT SCHEDULED EVENT:
   10/16/15   900 AM  MOT TO VACATE BAIL/BOND FORFEI    DIST CENTRAL DISTRICT
      DEPT 654


ON 09/22/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                CARYN CONLIN     (REP)  ANI HOVSEPIAN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL B. ZIMBERT PRIVATE
   COUNSEL
BAIL SET AT $250,000
BAIL/BOND VACATED, REINSTATED AND EXONERATED.
   -DDA: ANI HOVSEPIAN


   BETHANY DANKS, SPECIALLY APPEARING FOR DEFENSE COUNSEL OF
   RECORD.

   THE BENCH WARRANT IS RECALLED AND QUASHED.

   BOND FORFEITURE IS SET ASIDE, VACATED AND EXONERATED.  BOND
   FORFEITURE CARD # BG0001153 IS ISSUED.

   BAIL IS SET AT TWO HUNDRED FIFTY THOUSAND DOLLARS.  A REMAND
   IS PREPARED AND ISSUED.

   THE DEFENDANT IS RE-ARRAIGNED.

   LAST DAY: 11/23/15

   THIS MATTER IS SET ON 10/14/15, AT 8:30 A.M. IN DEPARTMENT
   NVD FOR PRETRIAL.

   MOTION REGARDING SOURCE OF BAIL AND BAIL DEVIATION (PC 1275.1)
   IS FILED BY THE PEOPLE.   ORDER IS SIGNED AND ISSUED.
   1275 PC HOLD IS PLACED.

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   10/14/15   830 AM  PRETRIAL HEARING   DIST NORTH VALLEY DISTRICT DEPT NVD

09/22/15 BENCH WARRANT IN THE AMOUNT OF $200,000.00   RECALLED. (09/22/15).

CUSTODY STATUS: DEFENDANT REMANDED
CUSTODY STATUS: BAIL EXONERATED


ON 10/14/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR PRETRIAL HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
                CARYN CONLIN     (REP)  ANI HOVSEPIAN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL B. ZIMBERT PRIVATE
   COUNSEL
ANDREA ALBA, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, LA000182,

CASE NO. PA081298                              PAGE NO.    7
DEF NO.  01                                    DATE PRINTED 07/06/17

   INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
   HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
BAIL SET AT $250,000
THE COURT ORDERS A PROBATION REPORT(OTHER)--SEE COMMENTS.
   -DDA: ANI HOVSEPIAN

DEFENSE COUNSEL PROVIDES THE COURT WITH FEDERAL COURT DOCUMENTS.
DEFENSE COUNSEL MAKES A RECORD RE IMMIGRATION ARREST.

THE COURT HAS RECEIVED A LETTER FROM THE DEFENDANT.  THE COURT
HAS NOT READ THE LETTER.   SAID LETTER IS TURNED OVER TO
DEFENSE COUNSEL IN OPEN COURT.   DEFENSE COUNSEL AND THE
PEOPLE HAVE REVIEWED THE LETTER.   DEFENSE COUNSEL REQUESTS
THAT SAID LETTER BE PLACED IN THE COURT FILE.

THIS MATTER IS TRAILED TO 10/29/15, AT 8:30 A.M. IN DEPARTMENT
NVD FOR PRETRIAL.

LAST DAY: 11/23/15

THE COURT ORDERS A SUPPLEMENTAL REPORT WITH NO INTERVIEW.
INCLUDE IN THE REPORT INFORMATION RE RECENT FEDERAL/I.N.S.
ARREST.

COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   10/29/15   830 AM  PRETRIAL HEARING   DIST NORTH VALLEY DISTRICT DEPT NVD

CUSTODY STATUS: DEFENDANT REMANDED


ON 10/16/15 AT  900 AM  IN CENTRAL DISTRICT DEPT 654

CASE CALLED FOR MOT TO VACATE BAIL/BOND FORFEI
PARTIES: KERRY BENSINGER (JUDGE)  TASHA PATTERSON  (CLERK)
               JEANETTE SALAZAR     (REP)  NONE  (DDA)
NO APPEARANCE FOR AGENT & SURETY
   DIANA CARBAJAL, DEPUTY DISTRICT ATTORNEY APPEARING.


JOHN M. RORABAUGH, ATTORNEY FOR SURETY APPEARING.

THE COURT FINDS GOOD CAUSE TO GRANT THE MOTION, VACATE THE
FORFEITURE AND EXONERATE THE BOND.

ORDER SIGNED AND FILED.
NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR



ON 10/29/15 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR PRETRIAL HEARING
PARTIES: DAVID B. GELFOUND (JUDGE)  PHANOR QUINTANA  (CLERK)
               HILDA GUTIERREZ  (REP)     ANI HOVSEPIAN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL B. ZIMBERT PRIVATE
   COUNSEL

CASE NO. PA081298                          PAGE NO.   8
DEF NO.  01                                DATE PRINTED 07/06/17

MARIA MCLAUGHLIN, SPANISH CERTIFIED/REGISTERED COURT INTERPRETER, 300509,
    INTERPRETED ON THE ABOVE ENTITLED CASE. INTERPRETER'S IDENTIFICATION BADGE
    HAS BEEN VERIFIED BY THE COURT AND THE OATH IS ON FILE.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
    WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE
HEREIN
TRIAL BY COURT AND TRIAL BY JURY
    CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
  THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENT OF THE OFFENSE IN THE
INFORMATION AND POSSIBLE DEFENSES TO SUCH CHARGES;
  THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
  THE EFFECTS OF PROBATION,

  IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
  EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
  NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
  266I(A)(1) PC IN COUNT 01.   THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED
    COURT ORDERS AND FINDINGS:
    -TAHL WAIVER IS ORDERED FILED.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
    ACCEPTS PLEA.
NEXT SCHEDULED EVENT:
    SENTENCING
    DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
    WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
    JUDGMENT:
IMPRISONED IN STATE PRISON FOR A TOTAL OF 3 YEARS
AS TO THE BASE COUNT  (01):

COURT ORDERS PROBATION DENIED.
  SERVE 3 YEARS IN ANY STATE PRISON
  COURT SELECTS THE LOW TERM OF 3 YEARS AS TO THE BASE TERM COUNT 01.
    DEFENDANT GIVEN TOTAL CREDIT FOR 76 DAYS IN CUSTODY 38 DAYS ACTUAL CUSTODY
    AND 38 DAYS GOOD TIME/WORK TIME
      FORTHWITH
    PLUS $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)
      $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)
    COMMITMENT ISSUED
    TOTAL DUE: $70.00
    IN ADDITION:
    -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
     1202.4(B) PENAL CODE IN THE AMOUNT OF $ 300.00.
    -DEFENDANT IS TO PAY A PAROLE RESTITUTION FINE, PURSUANT TO PENAL
     CODE SECTION 1202.45, IN THE AMOUNT OF $ 300.00. SAID FINE IS

CASE NO. PA081298                          PAGE NO.    9
DEF NO.  01                                DATE PRINTED 07/06/17

    STAYED AND THE STAY IS TO BECOME PERMANENT UPON SUCCESSFUL
    COMPLETION OF PAROLE.
  COURT ORDERS AND FINDINGS:
  -PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
   BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
   IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
   SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
   IDENTIFICATION.
PEOPLE'S MOTION PURSUANT TO PENAL CODE SECTION 1385, TO
DISMISS/STRIKE ALL REMAINING COUNTS/ALLEGATIONS, PURSUANT TO
THE PLEA AGREEMENT AND CONTINUING VALIDITY OF THE PLEA, IS
GRANTED.

ALL FINES/FEES ARE TO BE COLLECTED BY THE CALIFORNIA DEPARTMENT
OF CORRECTIONS PURSUANT TO SECTION 2085.5 OF THE PENAL CODE.
COUNT (01): DISPOSITION: CONVICTED
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:

  PROCEEDINGS TERMINATED


11/06/15  ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
      JUSTICE

ON 11/16/15 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR MISCELLANEOUS
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
        NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  THE COURT HAS READ, REVIEWED, AND CONSIDERED DEFENDANT'S
  REQUEST FOR CREDITS RECEIVED ON NOVEMBER 12, 2015.  IN HIS
  REQUEST, THE DEFENDANT SEEKS ADDITIONAL CREDITS FOR TIME
  HE WAS IN CUSTODY ON A FEDERAL MATTER.   SINCE THE DEFENDANT
  WAS NOT IN CUSTODY ON CASE PA081298 AT THAT TIME, HIS
  REQUEST IS DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
U.S. MAIL.

ENVELOPE ADDRESSES AS FOLLOWS:
JAVIER LARA, BKG: 4451388/727-14A
TERMINAL ANNEX
P.O. BOX 86164
LOS ANGELES, CA 90086

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 02/08/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
        NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  THE COURT HAS READ, REVIEWED, AND CONSIDERED DEFENDANT'S

```
CASE NO. PA081298                          PAGE NO.  10
DEF NO.  01                                DATE PRINTED 07/06/17
```

   "PETITION FOR ORDER GRANTING PRE-SENTENCE CUSTODY AND CONDUCT
   CREDITS PURSUANT TO PENAL CODE SECTION 2900 5/4019 & PENAL
   CODE SECTION 1389", FILED ON 2/1/2016.   SAID MOTION IS
   HEREBY DENIED.
   .
   A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
   U.S. MAIL.
   .
   ENVELOPE ADDRESSED AS FOLLOWS:
   JAVIER LARA, CDCR# AY3068
   NORTH KERN STATE PRISON
   P.O. BOX 5004
   DELANO, CA 93216
   FACILITY: C  BLDG: 4-A  CELL: 219-U
   .
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 04/22/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT CLK

CASE CALLED FOR PETITION PER 1170.18(A) PC
PARTIES: NONE (JUDGE)  NONE  (CLERK)
              NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
NEXT SCHEDULED EVENT:
   05/12/16  1030 AM  PROPOSITION 47 PETITION HRG   DIST NORTH VALLEY DISTRICT
      DEPT NVD


ON 05/12/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
              NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ, REVIEWED, AND CONSIDERED DEFENDANT'S

   "EX-PARTE MOTION FOR THE DISPOSITION OF FINES".   SAID MOTION
   IS DENIED.
   .
   A COPY OF THIS MINUTE ORDER IS MAILED THE DEFENDANT VIA U.S.
   MAIL.
   .
   ENVELOPE ADDRESSES AS FOLLOWS:
   JAVIER LARA, CDC# AY3068
   CENTRAL VALLEY MCCF
   P.O. BOX 638
   MCFARLAND, CA 93250
   HOUSING UNIT: B1, BED #75
   .
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

```
CASE NO. PA081298                    PAGE NO.  11
DEF NO.  01                          DATE PRINTED 07/06/17
```

ON 05/12/16 AT 1030 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR PROPOSITION 47 PETITION HRG
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
              NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  NATURE OF PROCEEDINGS:  PETITION PURSUANT TO PROPOSITION 47
    .
    .
  THE COURT HAS READ, REVIEWED AND CONSIDERED DEFENDANT'S
  PETITION FOR RE-SENTENCING UNDER PROPOSITION 47, FILED ON
  4/22/2016.  THE DEFENDANT WAS CONVICTED OF PENAL CODE SECTION
  266I(A)(1) AND DOES NOT QUALIFY FOR THE REQUESTED RELIEF.
  THEREFORE; HIS PETITION IS DENIED.
    .
  A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA U.S.
  MAIL.
    .
  ENVELOPE ADDRESSES AS FOLLOWS:
  JAVIER LARA, CDC #AY3068
  CENTRAL VALLEY MCCF
  P.O. BOX 638
  MCFARLAND, CA 93250
  HOUSING UNIT: B1, BED #75
    .
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 06/06/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
              NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    .
  THE COURT HAS READ, REVIEWED, AND CONSIDERED DEFENDANT'S
  "EX-PARTE MOTION FOR THE DISPOSITION OF FINES", FILED ON
  6/2/16.   SAID MOTION IS HEREBY DENIED.
    .
  A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
  U.S. MAIL.
    .
  ENVELOPE ADDRESSED AS FOLLOWS:
  JAVIER LARA, CDC#AY3068
  CENTRAL VALLEY MCCF
  P.O. BOX 638
  MCFARLAND, CA 93250
  HOUSING UNIT: B1, BED# 75
    .
NEXT SCHEDULED EVENT:
```

CASE NO. PA081298
DEF NO.  01

PAGE NO.   12
DATE PRINTED 07/06/17

PROCEEDINGS TERMINATED


ON 06/29/16 AT  830 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CHRISTOPHER IRWIN  (CLERK)
              NONE        (REP)  NONE  (DDA)
PURSUANT TO DEFENDANT'S WRITTEN REQUEST, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ AND CONSIDERED THE DEFENDANT'S "EX PARTE
   MOTION FOR THE DISPOSITION OF FINES" DATED 6-23-16.

THE MOTION IS DENIED.

A COPY OF THIS MINUTE ORDER IS SENT VIA U.S. MAIL ADDRESSED AS
   FOLLOWS:


   JAVIER LARA, CDCR# AY3068
   CENTRAL VALLEY MCCF
   HOUSING UNIT B1, BED #75
   P.O. BOX 638
   MCFARLAND, CA 93250
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 08/16/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR MISCELLANEOUS
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)
              NONE        (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE COURT HAS READ AND REVIEWED DEFENDANT'S MOTION FOR TRIAL
   TRANSCRIPTS, DISCOVERY, ETC.    THE DEFENDANT'S REQUEST IS
   DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
U.S. MAIL.

   ENVELOPE ADDRESSED AS FOLLOWS:
   JAVIER LARA, CDC #AY3068
   CENTRAL VALLEY MCCF
   HOUSING UNIT B1, BED #75
   P.O. BOX 638
   MCFARLAND, CA 93250

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 12/16/16 AT 1000 AM  IN NORTH VALLEY DISTRICT DEPT NVD

CASE CALLED FOR JUDICIAL ACTION
PARTIES: DAVID B. GELFOUND (JUDGE)  CRISTINA NANDINO  (CLERK)

```
CASE NO. PA081298                      PAGE NO.  13
DEF NO.  01                            DATE PRINTED 07/06/17
```

                NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
    THE COURT HAS RECEIVED CORRESPONDENCE FROM THE DEFENDANT
    REQUESTING TRANSCRIPTS, DATED 11/22/16 AND RECEIVED BY THE
    COURT ON 12/14/2016.

SAID REQUEST IS DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO THE DEFENDANT VIA
U.S. MAIL.

ENVELOPE ADDRESSED AS FOLLOWS:
JAVIER LARA, CD#AY3068
CENTRAL VALLEY MCCF, HOUSING: B1-BED #75
P.O. BOX 638
MCFARLAND, CA 93250

NEXT SCHEDULED EVENT:

PROCEEDINGS TERMINATED

**PROOF OF SERVICE**

I served a copy of the attached _____ document _____ and any attached pages by mailing a copy by first class mail, postage prepaid, to the following address

~~XXXXXXXXXXXXXXXXXXXXXXXX~~

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

~~XXXXXXXXXXXXXXXXXXX~~

~~XXXXXXXXXXXXXXXXXXXXXXX~~

U. S. DISTRICT COURT

3470 12TH ST.

RIVERSIDE, CA. 92501

I affirm that I know the contents of this documents that I am signing ,including the attached supplements, and that they are all true to the best of my knowledge.

Executed at _____Adelanto_____, California

on date: __10-16-17__.

By: _____     Name: __Francisco Javier Lara__

        **[ Signature ]**

FRANCISCO J. LARA : A#038834385 / W2-B-107-1L / 10250 RANCHO RD. ADELANTO, CA. 92301

Declaration waiver or fee
for Registry and copies


I, the undersigned declare that I am unable to pay
the fee for registry and copies with out imparing
my obligation to meet the common necesities of Life.

Therefore  I am requesting that the Court waive
the filing fee in this matter.




I declare under the penalty of perjury that forgoing
is true and Correct.


Date: _10-16-17_____


Sincerity: _____
Francisco Javier Lara

LEGAL MAIL

FRANCISCO JAVIER LARA
F38834385 / W2-B-107-1L
250 Rancho Rd.
delanto, CA. 92301

Nasler
10/17/2017
US POSTAGE
$02.24°
FIRST-CLASS MAIL
ZIP 92301

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 19 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

INMATE

U.S. DISTRICT COURT
3470 12TH ST.
RIVERSIDE, CA. 92501