# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LARA, <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | Case No. CV 17-7694 DSF(JC) <br><br> JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 12/19/17 _____

*Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE